United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Mendez, et al., | NO. C 06-07735 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Sandpiper Farms, LLC et al., | |
| Defendants. | |

In light of the parties' consent to proceed before a United States Magistrate Judge, the Case Management Conference currently scheduled for **May 21, 2007 at 10:00 AM** is VACATED, pending reassignment.

Dated: May 17, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles Swanston cswanston@fandslegal.com
James W. Sullivan jim@lomgil.com
Michael Meuter mmeuter@crla.org

**Dated: May 17, 2007**                                    **Richard W. Wieking, Clerk**

                                                                     **By: /s/JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California