**\*E-FILED 10/15/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE MENDEZ, et al., | No. C 06-07735 RS |
| Plaintiffs, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| SANDPIPER FARMS LLC, et al., | |
| Defendants. | |

A case management conference shall be held on **November 28, 2007 at 2:30 p.m.**  A joint case management conference statement shall be filed no later than November 21, 2007.

**IT IS SO ORDERED.**

DATED: October 15, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING CASE MANAGEMENT CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Michael L. Meuter     mmeuter@crla.org,

James W. Sullivan     jim@lomgil.com, ruth@lomgil.com; bobbee@lomgil.com

Charles Swanston     cswanston@fandslegal.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 15, 2007

                         /s/ BAK
                         Chambers of Magistrate Judge Richard Seeborg

ORDER SETTING CASE MANAGEMENT CONFERENCE     2