**United States District Court**
For the Northern District of California

*E-FILED*
October 25, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE MENDEZ, et al., | No. C 06-07735 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| SANDPIPER FARMS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for November 28, 2007. The parties are required to file a stipulation of dismissal by **December 12, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 19, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: October 25, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Michael L. Meuter     mmeuter@crla.org

James Washburn Sullivan     jim@lomgil.com, bobbee@lomgil.com, ruth@lomgil.com

Charles Swanston     cswanston@fandslegal.com

Dated: October 25, 2007

                              /s/ BAK
                              Chambers of Magistrate Judge Richard Seeborg