1  James W. Sullivan, Esq. #63624
   Kelly McCarthy Sutherland, Esq. # 168222
2  LOMBARDO & GILLES, LLP                *E-FILED 12/12/07*
   318 Cayuga Street
3  Salinas, California 93901
   Telephone: 831.754.2444
4  Facsimile: 831.754.2011

5  Attorneys for Defendants
   Sandpiper Farms, LLC; Daniel Schmida;
6  Gregorio Huichapa and Dolores Gonzales

7

8                IN THE UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  JOSE MENDEZ; CATALINA BUENAYENTE;  ) Case No. C 06-07735 RS
    ADRIANA SANCHEZ                    )
13                                     )
              Plaintiffs,              ) **STIPULATION AND ORDER FOR**
14                                     ) **DISMISSAL WITH PREJUDICE**
    v.                                 )
15                                     ) [Fed.R.Civ.P. 41(a)(1)]
    SANDPIPER FARMS, LLC; DANIEL       )
16  SCHMIDA; GREGORIO HUICHAPA;        )
    DOLORES GONZALES                   )
17                                     )
              Defendants.              )
18                                     )
                                       )
19                                     )
                                       )
20  ─────────────────────────────

21

22      Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), and the Settlement

23  Agreement and General Release, the parties by and through their respective counsel, hereby

24  stipulate that above-entitled action be dismissed with prejudice as to all parties and all causes

25  of action. The parties will bear their own fees and costs.

26

27

28                                         1

| | |
|---|---|
| Fitzpatrick, Spini & Swanston | Lombardo & Gilles, LLP |
| By Charles Swanston,<br>Attorneys for all plaintiffs<br>Date: 11-27-07 | James W. Sullivan,<br>Attorneys for all defendants<br>Date: 11/30/07 |

California Rural Legal Assistance

By: _____
Maria Mendoza
Attorneys for plaintiffs Sanchez and Mendez
Date: 11-29-07

## ORDER

Pursuant to the Stipulation between the parties,

IT IS HEREBY ORDERED that:

The above entitled action is dismissed with prejudice as to all parties and all causes of action.

Date: December 12, 2007

_____
U.S. Magistrate Judge Richard Seeborg